1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  LAURA MYERS, IL Bar #6338417
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   SCOTT R. HARPMAN
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         | Case No. 1:24-mj-00073-SAB
12 |                Plaintiff,         | MOTION FOR ORDER AUTHORIZING
   |                                   | VIDEO APPEARANCE; ORDER
13 |         vs.                       |
   |                                   | Date:   February 20, 2025
14 | SCOTT R. HARPMAN,                 | Time:   10:00 a.m.
   |                                   | Judge:  Hon. Stanley A. Boone
15 |                Defendant.         |

16

17     Defendant Scott Harpman hereby moves this Court for an order authorizing him to

18 appear via video at the February 20, 2025 change-of-plea hearing.

19     Mr. Harpman made his initial appearance in this case on June 10, 2024.  (ECF #3).  At a

20 status conference on December 12, 2024, the case was continued for a change-of-plea or trial-

21 setting hearing on February 20, 2025.  (ECF #11).  Mr. Harpman was ordered to be present if

22 entering a change of plea.  (*Id.*).

23     Mr. Harpman reached a plea deal with the government on Friday, February 14, 2025.

24 Mr. Harpman lives in Missouri but is currently residing at a job site in Texas.  If authorized to

25 appear by video, Mr. Harpman will appear indoors, on a wi-fi connection, and not on a cellular

26 phone.

27     In light of the foregoing, the defense respectfully requests that the Court authorize

28 Mr. Harpman to appear via video at the February 20, 2025, hearing.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 18, 2025          */s/ Laura Myers*
                                 LAURA MYERS
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 SCOTT R. HARPMAN

## **O R D E R**

**IT IS SO ORDERED.** Defendant Scott Harpman is authorized to appear via video at the February 20, 2025, hearing.

IT IS SO ORDERED.

Dated:   **February 18, 2025**

STANLEY A. BOONE
United States Magistrate Judge