# IN THE UNITED STATES DISTRICT COURT
### For The
### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:24-mj-00073-SAB |
| Plaintiff, | ) ) | **DEFENDANT'S STATUS REPORT ON** |
| v. | ) | **UNSUPERVISED PROBATION** |
| SCOTT HARPMAN, | ) ) | |
| Defendant. | ) ) ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:**   36 CFR § 2.34(a)(1)

**Sentence Date:**   February 20, 2025

**Review Hearing Date:** December 11, 2025

**Probation Expires On:** February 20, 2026

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒  **Obey all federal, state and local laws**; and

☒  **Monetary Fines & Penalties in Total Amount of:** $1,010 which Total Amount is made up of a Fine: $ 1000 Special Assessment: $ 10   Processing Fee: $ Choose an item. Restitution: $

☐  Payment schedule of $        per month by the         of each month.

☐  **Community Service hours Imposed of:**

☐  **Other Conditions:**

### *COMPLIANCE:*

☒  Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☐  Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

   If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐  To date, Defendant has paid a total of $
   ☐ If not paid in full when was last time payment:        Date: Click here to enter a date.
                                                                                                        Amount:

☐  To date, Defendant has performed Click here to enter text.  hours of community service.

☐  Compliance with Other Conditions of Probation:

CAED (Fresno)- Misd. 6 (Rev. 11/2014)

***GOVERNMENT POSITION:***

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:  Arelis Clemente

DATED:  11/25/2025                              */s Arelis Clemente*
                                                ARELIS CLEMENTE
                                                ASSISTANT U.S. ATTORNEY

***DEFENDANT'S REQUEST (OPTIONAL):***

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 12/11/2025 at 10:00am Choose an item.

  ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

  ☒ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

DATED:  11/25/2025                              _____*/s/ Laura Myers*_____
                                                DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED.  The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated:  **November 26, 2025**                   _____
                                                STANLEY A. BOONE
                                                United States Magistrate Judge